NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON JAMES PIERCE, | ) | No. C 03-4934 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF PARTIAL TRANSFER; |
| | ) | INSTRUCTIONS TO CLERK |
| v. | ) | |
| | ) | |
| JEANNE S. WOODFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed in forma pauperis. The Court initially dismissed the complaint with leave to amend. Thereafter, Plaintiff filed an amended complaint. In the amended complaint and accompanying declaration, Plaintiff alleges claims concerning his medical care and treatment at three state prison facilities: the Correctional Training Facility in Soledad, California; High Desert State Prison in Susanville, California; and Mule Creek State Prison in Ione, California. Plaintiff also alleges that he suffered three assaults, two by inmates and one by prison staff, while incarcerated at High Desert State Prison. See Amended Complaint at 3; Accompanying Declaration at 1-2.

As to Plaintiff's claims concerning events that took place at High Desert State Prison and Mule Creek State Prison, the Defendants are located in Lassen and Amador Counties and the acts complained of occurred in Lassen and Amador Counties, which lie within the venue of the Eastern District of California.  Therefore, venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, Plaintiff's claims in the amended complaint and accompanying declaration (docket nos. 34, 35) concerning High Desert State Prison and Mule Creek State Prison are TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).  The Clerk shall send a copy of the file and transfer the instant civil rights action **in part** to the Eastern District of California. The Court will review Plaintiff's claim concerning his medical care and treatment at the Correctional Training Facility in Soledad, California in a separate written order.

IT IS SO ORDERED.

DATED:  4/30/08

JEREMY FOGEL
United States District Judge