NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>    Defendants. | No. C 03-4934 JF (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br><br>(Docket No. 100) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 14, 2004, the Court dismissed Plaintiff's complaint with leave to amend and ordered Plaintiff to file an amended complaint. On May 7, 2008, after reviewing Plaintiff's amended complaint, the Court transferred some claims therein and dismissed with leave to amend the remaining claims. At present, plaintiff has thirty days from May 7, 2008, *i.e.*, until June 6, 2008, to file a second amended complaint.

On April 30, 2008, Plaintiff filed a motion for summary judgment on his amended complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff's amended complaint was dismissed with leave to amend. Accordingly, Plaintiff's motion for summary judgment (docket no. 100) is DENIED.

IT IS SO ORDERED.

DATED: __5/27/08__

JEREMY FOGEL
United States District Judge

Order Denying Plaintiff's Motion For Summary Judgment
P:\PRO-SE\SJ.JF\CR.03\Pierce934.motion-doc100.wpd